IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRADFORD CASH,<br><br>   *Plaintiff*,<br><br>v.<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION,<br><br>   *Defendant*. | Case No.: 1:21-cv-01158-GLR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Bradford Cash, together with Defendant Science Applications International Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of the Plaintiff's claims with prejudice.  Each party shall bear its own attorney's fees and costs.

April 15, 2022               Respectfully submitted,

| | |
|---|---|
|  /s/  Neil S. Hyman            |  /s/ Michael J. Murphy     |
| Neil S. Hyman, Esq., D. Md. No. 15158 | Michael J. Murphy, D. Md. No. 22628 |
| Law Office of Neil S. Hyman | OGLETREE, DEAKINS, NASH, |
| 4520 East West Highway, Suite 700 | SMOAK & STEWART, P.C |
| Bethesda, Maryland 20814 | 1909 K Street, N.W., Suite 1000 |
| Tel.:  (301) 841-7105 | Washington, D. C.  20006 |
| neil@neilhymanlaw.com | Tel:  (202) 887-0855 |
| *Counsel for Plaintiff* | Fax:  (202) 887-0866 |
| | mike.murphy@ogletree.com |
| | *Counsel for Defendant* |