IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRADFORD CASH,<br><br>     *Plaintiff*,<br><br>v.<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORPORATION,<br><br>     *Defendant*. | Case No.: 1:21-cv-01158-GLR |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Bradford Cash, together with Defendant Science Applications International Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of the Plaintiff's claims with prejudice.  Each party shall bear its own attorney's fees and costs.

April 15, 2022                                                                                  Respectfully submitted,

| | |
|---|---|
|  */s/  Neil S. Hyman*<br>Neil S. Hyman, Esq., D. Md. No. 15158<br>Law Office of Neil S. Hyman<br>4520 East West Highway, Suite 700<br>Bethesda, Maryland 20814<br>Tel.:  (301) 841-7105<br>neil@neilhymanlaw.com<br>*Counsel for Plaintiff* |  */s/ Michael J. Murphy*<br>Michael J. Murphy, D. Md. No. 22628<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C<br>1909 K Street, N.W., Suite 1000<br>Washington, D. C.  20006<br>Tel:  (202) 887-0855<br>Fax:  (202) 887-0866<br>mike.murphy@ogletree.com<br>*Counsel for Defendant* |

**APPROVED this 18th day of April, 2022. This matter is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to CLOSE this case.**

_____/s/_____
**George L. Russell, III
United States District Judge**